JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RAFAEL R.-G.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**FRANK J. BISIGNANO,**<br>***Commissioner of Social Security*,**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 8:25-cv-01346-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and the above-captioned action is remanded to the Social Security Administration for further proceedings consistent with, but not limited to, the Court's Memorandum Opinion and Order.

DATED: August 7, 2026

Karen L. Stevenson
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE